# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

A.V.R. a minor child
WIDALLYS RIVERA-QUIÑONES, on behalf of her minor child, A.V.R.

    Plaintiff

    vs.

AMF BOWLING CENTERS, INC.

    Defendant

Civil Case No. 16-2618 (ADC)

## JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, Chief U.S. District Judge, issued an Order for Entry of Judgment on December 21, 2016.

Therefore, pursuant to the Court's Order, Judgment is hereby entered accordingly.

The case is **HEREBY DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 17th day of January, 2017.

    FRANCES RIOS DE MORAN
    Clerk of the Court

    By: s/Sarah V. Ramón
      Sarah V. Ramón, Deputy Clerk